**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Western District of North Carolina | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Georgia Hydraulic Cylinders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-1263040** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 Vista Blvd.**<br>**Arden, NC**    ZIP Code **28704** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Buncombe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**260 The Bluffs**<br>**Austell, GA**    ZIP Code **30168** | Mailing Address of Joint Debtor (if different from street address):    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **260 The Bluffs**<br>**Austell, GA 30168** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Georgia Hydraulic Cylinders, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **RLB Friendship, LLC** | Case Number: | Date Filed: **7/12/11** |
| District: **Western District of North Carolina** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

7/11/11 7:30PM

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Georgia Hydraulic Cylinders, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Rodney L. Eason**
Signature of Attorney for Debtor(s)

**Rodney L. Eason 237485 (PHV appl to be filed)**
Printed Name of Attorney for Debtor(s)

**The Eason Law Firm**
Firm Name

**6150 Old National Highway**
**Atlanta, GA 30349-4357**

_____
Address

**Email: reason@easonlawfirm.com**
**770-909-7200  Fax: 770-909-0644**
Telephone Number

**July 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Joe H. Bajjanni**
Signature of Authorized Individual

**Joe H. Bajjanni**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 11, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

ADDITIONAL SIGNATURE PAGE

s/Jessie C. Fontenot, Jr.
Jessie C. Fontenot, Jr.
NC Bar No. 40597
Strauch Fitzgerald & Green, P.C.
118 South Cherry Street
Winston-Salem, NC 27101
Telephone: 336-837-1063
Facsimile:  336-725-8867
jfontenot@sfandglaw.com
*Local Counsel to Debtor*

**SPECIAL MEETING OF**
**THE SHAREHOLDER OF**
**GEORGIA HYDRAULIC, INC.**

A special meeting of all the shareholder of the Company was convened on July 11, 2011, and all requirements for advance notice of the meeting having been waived, the following resolution was adopted by a unanimous vote.

RESOLVED that the Company shall seek protection from its creditors by filing a petition for bankruptcy in the appropriate court.

RESOLVED FURTHER that the President of the Company is authorized to retain counsel to prepare the necessary documents, to execute such documents and to take all steps necessary to accomplish the goal set forth in this resolution.

Adopted on the date first written above.

s/

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Georgia Hydraulic Cylinders, Inc.**                                                      Case No.
                                        Debtor(s)                                                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Aetna Insurance Co.**<br>**151 Farmington Ave**<br>**Hartford, CT 06156** | **Aetna Insurance Co.**<br>**151 Farmington Ave**<br>**Hartford, CT 06156** | | | **10,880.99** |
| **Albama Plate Cutting Co.**<br>**P.O. Box 128**<br>**Saginaw, AL 35137** | **Albama Plate Cutting Co.**<br>**P.O. Box 128**<br>**Saginaw, AL 35137** | | | **9,062.33** |
| **Bancroft Corporation**<br>**21550 Dral Road**<br>**Waukesha, WI 53186** | **Bancroft Corporation**<br>**21550 Dral Road**<br>**Waukesha, WI 53186** | | | **7,689.82** |
| **Birmingham Bronze**<br>**P.O. Box 3550**<br>**Bessemer, AL 35023** | **Birmingham Bronze**<br>**P.O. Box 3550**<br>**Bessemer, AL 35023** | | | **18,134.51** |
| **Douglas County Tax Comm**<br>**8700 Hospital Drive**<br>**Douglasville, GA 30134-2264** | **Douglas County Tax Comm**<br>**8700 Hospital Drive**<br>**Douglasville, GA 30134-2264** | | | **44,997.04** |
| **Hallite Seals Americas, Inc.**<br>**P.O. Box 60966**<br>**Charlotte, NC 28260** | **Hallite Seals Americas, Inc.**<br>**P.O. Box 60966**<br>**Charlotte, NC 28260** | | | **24,408.10** |
| **Macsteel Service Centers USA**<br>**2005 Grassland Pkwy**<br>**Alpharetta, GA 30004** | **Macsteel Service Centers USA**<br>**2005 Grassland Pkwy**<br>**Alpharetta, GA 30004** | | | **14,023.05** |
| **Max Tool, Inc.**<br>**119 B. Citation Ct.**<br>**Birmingham, AL 35209** | **Max Tool, Inc.**<br>**119 B. Citation Ct.**<br>**Birmingham, AL 35209** | | | **35,086.77** |
| **McNutt Service Group**<br>**110 Vista Blvd.**<br>**Arden, NC 28704** | **McNutt Service Group**<br>**110 Vista Blvd.**<br>**Arden, NC 28704** | | | **7,000.00** |
| **Morris South, Inc.**<br>**12428 Sam Neely Road**<br>**Charlotte, NC 28278-7755** | **Morris South, Inc.**<br>**12428 Sam Neely Road**<br>**Charlotte, NC 28278-7755** | | | **76,497.50** |
| **MSC Industrial Supply Co.**<br>**Dept. CH 0075**<br>**Palatine, IL 60055** | **MSC Industrial Supply Co.**<br>**Dept. CH 0075**<br>**Palatine, IL 60055** | | | **29,115.13** |
| **NexAir, LLC Specialty Gases**<br>**P.O. Box 125**<br>**Memphis, TN 38101** | **NexAir, LLC Specialty Gases**<br>**P.O. Box 125**<br>**Memphis, TN 38101** | | | **7,459.29** |

7/11/11 7:31PM

B4 (Official Form 4) (12/07) - Cont.

In re **Georgia Hydraulic Cylinders, Inc.**          Case No. _____

         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pinnacle Machine Tools, Inc.<br>P.O. Box 331969<br>Murfreesboro, TN 37133 | Pinnacle Machine Tools, Inc.<br>P.O. Box 331969<br>Murfreesboro, TN 37133 | | | 8,606.91 |
| Precise Castings<br>124 Bonnie Crescent Elmira<br>Elmira, Ontario, Canada N3B3J8 | Precise Castings<br>124 Bonnie Crescent Elmira<br>Elmira, Ontario, Canada N3B3J8 | | | 35,805.00 |
| Ryeson<br>P.O. Box 905716<br>Charlotte, NC 28290 | Ryeson<br>P.O. Box 905716<br>Charlotte, NC 28290 | | | 57,565.51 |
| Salem Tools, Inc.<br>P.O. Box 601279<br>Charlotte, NC 28260 | Salem Tools, Inc.<br>P.O. Box 601279<br>Charlotte, NC 28260 | | | 14,128.10 |
| Scott Industries<br>P.O. Box 910018<br>Dallas, TX 75391 | Scott Industries<br>P.O. Box 910018<br>Dallas, TX 75391 | | | 226,113.44 |
| Seals and Packings, Inc.<br>P.O. Box 678075<br>Dallas, TX 75267 | Seals and Packings, Inc.<br>P.O. Box 678075<br>Dallas, TX 75267 | | | 71,519.98 |
| TY Bolts Inc.<br>5757 Cousins Street<br>Austell, GA 30168 | TY Bolts Inc.<br>5757 Cousins Street<br>Austell, GA 30168 | | | 5,893.83 |
| YRC Roadway Co.<br>P.O. Box 905587<br>Charlotte, NC 28290 | YRC Roadway Co.<br>P.O. Box 905587<br>Charlotte, NC 28290 | | | 9,726.49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 11, 2011**          Signature   **/s/ Joe H. Bajjanni**
                                                                      **Joe H. Bajjanni**
                                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Georgia Hydraulic Cylinders, Inc.**                            Case No.
                                    Debtor(s)                           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2011**               **/s/ Joe H. Bajjanni**
                                       **Joe H. Bajjanni**/**President**
                                       Signer/Title

```
Ace Hardware
6530 Church Street
Douglasville, GA 30134



Aetna Insurance Co.
151 Farmington Ave
Hartford, CT 06156



Albama Plate Cutting Co.
P.O. Box 128
Saginaw, AL 35137



Alliance Express
P.O. Box 848380
Dallas, TX 75285



Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290



Applied Industrial Technologie
22510 Network Place
Chicago, IL 60673



Asher South
7840 NW 62nd
Miami, FL 33166



Audit3, LLC
5 Terrapin Trial
Taylors, SC 29687



B-D Cylinder Prod Intnti Ctre
2250 International Parkway
Woodridge, IL 60517
```

```
Bagby Elecator Company
P.O. Box 320919
Birmingham, AL 35232



Bancroft Corporation
21550 Dral Road
Waukesha, WI 53186



Birmingham Bronze
P.O. Box 3550
Bessemer, AL 35023



CaPlugs East
P.O. Box 104
Buffalo, NY 14240



Cintas Corporation #071
3600 Kennesaw 75 Parkway
Kennesaw, GA 30144



Coastal Wipers
6803 Parke East Blvd.
Tampa, FL 33610



Commercial Fluid Power
P.O. Box 72478
North Canton, OH 44720-2537



Commercial Lubricants
6434 Chupp Rd.
Lithonia, GA 30058



Con Way Freight
P.O. Box 5160
Portland, OR 97208
```

Conder Flags of Atlanta
4275 Creek Park
Alpharetta, GA 30009


Control Southern Inc.
P.O. Box 102363
Atlanta, GA 30368


CPI Office Products
P.O. Box 292130
Lewisville, TX 75077


DGI Supply A DoAll Co.
4436 Paysphere Circle
Chicago, IL 60674


Douglas County Tax Comm
8700 Hospital Drive
Douglasville, GA 30134-2264


Durable Coatings Corp
170 Selig Dr SW
Atlanta, GA 30336


DVS Air & Sea
3800 Camp Creek Pkwy
Atlanta, GA 30331


Empire Industries
14542 Ventura Blvd #202
Sherman Oaks, CA 91403


Fastco Corporation
P.O. Box 2473
Gainesville, GA 30503

```
Federal Express Corp.
P.O. Box 660481
Dallas, TX 75266



FedEx Freight
P.O. Box 406708
Atlanta, GA 30384



Freudenberg-Nok G.P.
P.O. Box 73229
Chicago, IL 60673



Hagemeyer North America
P.O. Box 404753
Atlanta, GA 30384



Hallite Seals Americas, Inc.
P.O. Box 60966
Charlotte, NC 28260



J&P Enterprises, Inc.
5640 Gallagher Drive
Gastonia, NC 28052



Jennings Machine & Gear
213 Whooping Creek Church Rd
Carrollton, GA 30117



Joe H. Bajjani
260 The Bluffs
Austell, GA 30168



Kano Laboratories
P.O.Box 110098
Nashville, TN 37222
```

```
Klinger Paint Co.
333 5th Ave SE Box 1945
Cedar Rapids, IA 52401-1801



Logic Hydraulic Controls
P.O. Box 11059
Wilmington, NC 28404



Mabkiewicz Coatings, LLC
415 Jessen Lane
Charleston, SC 29492



Macsteel Service Centers USA
2005 Grassland Pkwy
Alpharetta, GA 30004



Max Tool, Inc.
119 B. Citation Ct.
Birmingham, AL 35209



McCullough Electric Motor Serv
521 Edgewood Ave SE
Atlanta, GA 30312



McJunkin Red Man Corp
P.O. Box 740725
Atlanta, GA 30374



McNutt Service Group
110 Vista Blvd.
Arden, NC 28704



Morris South, Inc.
12428 Sam Neely Road
Charlotte, NC 28278-7755
```

Motion Industries, Inc.
P.O.Box 404130
Atlanta, GA 30384


MSC Industrial Supply Co.
Dept. CH 0075
Palatine, IL 60055


NexAir, LLC Specialty Gases
P.O. Box 125
Memphis, TN 38101


Nick's Service LTD
1518 Oakmoor Place
Marietta, GA 30062


North Metro Waste, Inc.
149 River Mill Drive
Ball Ground, GA 30107


Parker Steel Company
P.O Box 72020
Cleveland, OH 44192-0002


Pinnacle Machine Tools, Inc.
P.O. Box 331969
Murfreesboro, TN 37133


Precise Castings
124 Bonnie Crescent Elmira
Elmira, Ontario, Canada N3B3J8


Premier Infosource
P.O.Box 673385
Marietta, GA 30006

```
Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250



R & L Carries, Inc.
713153
Columbus, OH 43271



R. S. Hughes Company Inc.
1165 Allgood Road Suite 5
Austell, GA 30168



Randstad
P.O. Box 2084
Carol Stream, IL 60132



Red Diamond, Inc.
P.O. Box 11407
Birmingham, AL 35246



Ryeson
P.O. Box 905716
Charlotte, NC 28290



SAIA Motor Freight
P.O. Box 730532
Dallas, TX 75373



Salem Tools, Inc.
P.O. Box 601279
Charlotte, NC 28260



Scott Industries
P.O. Box 910018
Dallas, TX 75391
```

```
Seals and Packings, Inc.
P.O. Box 678075
Dallas, TX 75267



Sealtech Supply Inc.
7305 Bramalea Road
Mississauga, ON
Canada, L5S1W4



Sherwin Williams (D'Ville)
9580 Highway 5
Douglasville, GA 30135



SKF USA, Inc
P.O. Box 643837
Pittsburgh, PA 15264



Smalley Steel Ring Company
P.O. Box 88663
Chicago, IL 60680



Southern Paints, Inc.
2361 S. Cobb Drive
Smyrna, GA 30080



State Bank and Trust Co.
2380 Milton Pkwy
Alpharetta, GA 30009



Strathmore Products, Inc.
P.O. Box 151 Syracuse
Syracuse, NY 13201



Summit Machine Tool
P.O. Box 1402
Oklahoma City, OK 73101
```

```
Teminix Corp.
P.O. Box 742592
Cincinnati, OH 45274



The Lee Company
P.O. Box 424
Westbrook, CT 06498



Trinity Company
P.O. Box 515487
Los Angeles, CA 90051



TY Bolts Inc.
5757 Cousins Street
Austell, GA 30168



Uline Company
2200 S. Lakeside Drive
Waukegan, IL 60085



UPS Freight
P.O. Box 79755
Baltimore, MD 21279



UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673



US Tool Company
P.O. Box 9050
Farmington, MI 48333



Walls Fargo Bank, N.A.
P.O. Box 530554
Atlanta, GA 30303
```

```
Wyatt Seal Inc.
P.O. Box 869
Irmo, SC 29063



Yancey Bros. Co.
330 Lee Industrial Blvd
Austell, GA 30168



YRC Roadway Co.
P.O. Box 905587
Charlotte, NC 28290
```